UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO QUINTANILLA, HECTOR MOREL-TAVERA, and PEDRO QUINTANILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DIMET INC. d/b/a BUDDY'S KOSHER DELICATESSEN, and MEHMET HAYAT, as individuals,<br><br>Defendants. | CIVIL ACTION NO: 20-cv-3735<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted therein by Plaintiffs are hereby dismissed in their entirety and with prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the Settlement Agreement.

Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415

By: *James O'Donnell*
James O'Donnell, Esq.
jamespodonnell86@gmail.com
Attorney for Plaintiffs

Law Offices of Gus Michael Farinella PC
110 Jericho Turnpike, Suite 100
Floral Park, NY 11001

By: *[signature]*
Ryan L. Gentile, Esq.
rlg@lawgmf.com
Attorney for Defendants

SO-ORDERED:

_____